## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, <br><br>Plaintiff,<br><br>vs.<br><br>PATRICIA HERKER, doing business as Southern Construction, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case Number: 15-cv-01135-JPG-PMF<br>)<br>)<br>)<br>)<br>) |

## DEFAULT JUDGMENT

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment in this case is entered in favor of plaintiff Trustees of Central Laborer's Pension, Welfare and Annuity Funds and against defendant Patricia Herker, doing business as Southern Contracting, Inc., in the amount of Seventy Nine Thousand, Six Hundred Seventeen Dollars and Eighteen Cents ($70,466.05) for delinquent contributions; Seven Thousand, two Hundred forty One Dollars and Sixty Three Cents ($7,241.63) in liquidated damages; One Thousand, Nine Hundred Nine Dollars and Fifty Cents ($1,909.50) in audit costs; Five Hundred Forty Five Dollars ($545.00) in court costs; and One Thousand, Four Hundred Fifty Dollars ($1,450.00) for the plaintiffs' just and reasonable attorneys' fees, costs and expenses, for a total judgment in the amount of Eighty One Thousand, Six Hundred Twelve Dollars and Eighteen Cents ($81,612.18).

**DATED**: 7/12/2016                                   **JUSTINE FLANAGAN,**
                                                      **Acting Clerk of Court**
                                                      s/*Tina Gray*, **Deputy Clerk**

**Approved:**
s/*J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**